UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

H. THOMAS O'HARA ARCHITECT, PLLC,

              Plaintiff,    :

   -against-              :
EXTELL WEST 45TH STREET LLC, EXTELL
WEST 45TH LLC, EXTELL DEVELOPMENT   :
COMPANY and EXTELL DEVELOPMENT
CORPORATION,          :

             Defendants. :

-------------------------------------------------- X

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**



JUDGE KAPLAN
07 CV 11224

RECEIVED
DEC 13 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for the Defendants certifies that: (a) there are no publicly held corporations that own 10% or more of the Defendant's stock and (b) the Defendant does not have a parent corporation.

Dated:  New York, New York
         December 13, 2007

                     MORRISON COHEN LLP

                     By:
                     Y. David Scharf (YDS-0910)
                     909 Third Avenue
                     New York, New York 10022
                     (212) 735-8600

                     and

                     AHUVA GENACK, ESQ. (AG-7326)
                     805 Third Avenue – 7th floor
                     New York, New York 10022
                     (212) 712-6113

                     *Attorneys for Defendants*