UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H. THOMAS O'HARA ARCHITECT, PLLC and H. THOMAS O'HARA,

      Plaintiffs

-against-

EXTELL WEST 45TH STREET LLC, EXTELL WEST 45TH LLC and EXTELL DEVELOPMENT COMPANY

      Defendants.

**Civil Action 07 CV 11224 (LAK)(JCF)**

**ECF CASE**

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for the Plaintiffs certifies that: (a) there are no publicly held corporations that own 10% or more of the Plaintiff's stock and (b) the Plaintiff does not have a parent corporation.

Dated: New York, New York
       January 29, 2008

                              ARENT FOX LLP

                              **David J. Pfeffer** (DJP-1317)
                              1675 Broadway
                              New York, New York 10019
                              Tel. 212-484-3900
                              pfeffer.david@arentfox.com
                              Attorneys for Plaintiffs