```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
H. THOMAS O'HARA ARCHITECTS, PLLC,      Civil Action No.
and H. THOMAS O'HARA,                   07-CV-11224

                Plaintiff,
                                           RULE 7.1
        -against-                       DISCLOSURE STATEMENT

EXTELL WEST 45TH STREET LLC, EXTELL
WEST 45TH LLC, EXTELL DEVELOPMENT
COMPANY and EXTELL DEVELOPMENT
CORPORATION,

                Defendants.
------------------------------------x
```

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, H. THOMAS O'HARA ARCHITECT, PLLC, and H. THOMAS O'HARA, by its attorneys, states that H. THOMAS O'HARA ARCHITECT, PLLC, and H. THOMAS O'HARA, LLP does not have any corporate parents, subsidiaries or affiliates which are publicly held.

Dated:   New York, New York
         March 7, 2008

                                GOGICK, BYRNE & O'NEILL, LLP
                                Attorneys for Plaintiffs,


                          By:   __/ S / Kevin J. O'Neill____
                                Kevin J. O'Neill, Esq.
                                11 Broadway, Suite 1560
                                New York, New York 10004-1314
                                (212) 422-9424

TO:

David J. Pfeffer, Esq.
Arent Fox LLP
1675 Broadway
New York, NY  10019
Tel: 212-484-3900
Fax: 212-484-3990
Attorneys for Plaintiffs

Y. David Scharf, Esq.
Alvin C. Lin, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Tel: 212-735-8600