Arent Fox LLP . New York, NY / Washington, DC / Los Angeles, CA

# Arent Fox

July 1, 2008

**David J. Pfeffer**
Attorney
212.484.3948 DIRECT
212.484.3990 FAX
pfeffer.david@arentfox.com

<u>By Federal Express</u>

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

Re:   H. Thomas O'Hara Architect, PLLC and H. Thomas
      O'Hara v. Extell West 45th Street LLC, Extell
      West 45th LLC, and Extell Development Company
      (Civil Action No. 07 CV 11224)

Dear Judge Kaplan:

We represent the Plaintiffs, H. Thomas O'Hara Architect, PLLC and H. Thomas O'Hara, in the above-referenced action. I write to you on behalf of counsel to both Plaintiffs and Defendants Extell West 45th Street LLC, Extell West 45th LLC, and Extell Development Company, concerning Plaintiffs' Motion for Partial Summary Judgment (the "Motion"), which motion was filed on June 17, 2008.

The parties have conferred and respectfully request that Your Honor hold the Motion in abeyance so that the parties may conduct a mediation of all claims in the litigation. In furtherance of the parties' proposal, we respectfully request that Your Honor also enter an Order or otherwise grant permission for the parties to conduct such a mediation before The Honorable Magistrate James C. Francis.

Please contact myself or Alvin Lin, attorney for Defendants, should you have any questions.

Respectfully submitted,

*[signature]*

David J. Pfeffer (DJP-1317)

cc:   Alvin C. Lin, Esq., (212-735-8873)
      Y. David Scharf, Esq.
        *(Attorneys for Defendants)*

      Kevin O'Neill, Esq.

      The Honorable James C. Francis

**MEMO ENDORSED**

Motion denied without prejudice to renewal if settlement fails. Referred to Judge Francis for settlement.

*[signature]* 7/2/08

SMART