```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3/19/09
```

United States District Court
Southern District of New York
----------------------------------X

THOMAS O'HARA ARCHITECT, PLLC,
et ano.

                          Plaintiffs

against                         07 Cv. 11224 (LAK)
                                                  Docket Number

EXTELL WEST 45th STREET LLC,
et al.,

                          Defendants
----------------------------------X

This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court (on the bases set forth on the record) that all claims asserted herein have been settled, it is

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either side.

DATED: March 18, 2009

                                                           /s/ Lewis A. Kaplan
                                                           Hon. Lewis A. Kaplan, U.S.D.J.

I hereby consent to the entry of this proposed order:

_____      _____
Attorney for Plaintiff                           Attorney for Defendant
DAVID J. PFEFFER                                Y. DAVID SCHARF
TANNEBAUM HELPERN & DROZ - LLP          MORRISON COHEN LLP

Note:  Consent should be signed by the responsible Attorney for
      each side and not a firm name.

_____
Attorney for Plaintiff
re: Counterclaims
GOGICK, BYRNE & O'NEILL, LLP